IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

JACKIE McLEOD, # 116274-A,               )
                                          )
        Petitioner,                       )
v.                                        )   CASE NO.  1:09-CV-634-ID
                                          )              (WO)
GRANTT CULLIVER, *et al.*,                )
                                          )
        Respondents.                      )

# <u>O R D E R</u>

After an independent review of the file, it is hereby CONSIDERED and ORDERED that:

1.  The petitioner's objection (Doc. # 21) to the Recommendation of the Magistrate Judge, filed on September 18, 2009, be and the same is hereby OVERRULED;

2.  The Recommendation of the Magistrate Judge (Doc. #20) filed on September 4, 2009, is be and the same is hereby ADOPTED;

3.  The instant petition for habeas corpus relief filed by McLeod be and the same is hereby DENIED;

4.  This cause of action be and the same is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), as McLeod has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

DONE this 25th day of September, 2009.

                          /s/ Ira DeMent
                    SENIOR UNITED STATES DISTRICT JUDGE