IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE McLEOD, # 116274-A, ) | |
| ) | |
| Petitioner, ) | |
| v.  ) | CASE NO. 1:09-CV-634-ID |
| ) | (WO) |
| GRANTT CULLIVER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is

CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that the petition for a writ of habeas corpus is dismissed with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 25th day of September, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE